JOHNSON v. SIMMONS

No. 67 PC.

Case below: 10 N.C. App. 113.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 9 February 1971.

OWENS v. MINERAL CO.

No. 65 PC.

Case below: 10 N.C. App. 84.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 2 February 1971.

STATE v. BUSH

No. 24.

Case below: 10 N.C. App. 185.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 1 February 1971.

STATE v. BUSH

No. 31.

Case below: 10 N.C. App. 247.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 1 February 1971.

STATE v. GRANT

No. 61 PC.

Case below: 9 N.C. App. 704.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 20 January 1971.

STATE v. MOORE

No. 60 PC.

Case below: 9 N.C. App. 699.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied and appeal dismissed *ex mero motu* 20 January 1971.